JPML FORM 1A

JPML ENTRIES

DISTRICT LITIGATION

807   In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

| Date | No. | Entry |
|---|---|---|
| 89/05/12 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-7), CERT. OF SERVICE -- pltf. Diana Sandeman -- SUGGESTED TRANSFEREE DISTRICT: D. HAWAII (cds) |
| 89/05/22 | 2 | RESPONSE -- (to pldg. #1) Edwin Geoffrey Tudor, Anwar Kahn, et al. and Susan Hoener -- w/cert. of svc. (rh) |
| 89/05/23 | | APPEARANCES: EDWARD STILLMAN, ESQ. for Clinton Zimlich, et al.; L. RICHARD FRIED, JR., ESQ. for Mae S. Sapolu, et al.; ELIZABETH CABRASER, ESQ. for Susan Hoener; RICHARD E. BROWN, ESQ. for Anwar Kahn, et al.; BRUCE LAMPERT, ESQ. for Paul Hotz, et al.; RICHARD SUTTON, JR., ESQ. for United Airlines; and KEITH GERRARD, ESQ. for The Boeing Co. (cds) |
| 89/05/26 | | APPEARANCE -- JOHN S. CARROLL, ESQ. for Edwin Geoffrey Tudor (ds) |
| 89/06/01 | 3 | RESPONSE (to pldge. #1) -- deft. United Airlines w/cert. of svc. (ds) |
| 89/06/01 | 4 | RESPONSE (to pldge. #1) -- pltfs. Clinton Zimlich, et al. w/cert. of svc. (ds) |
| 89/06/02 | 5 | RESPONSE (to pldg. #1) -- pltf. Diane Sandeman w/cert. of svc. (ds) |
| 89/06/02 | 6 | RESPONSE (to pldg. #1) -- pltfs. Paul Hotz, et al. w/cert. of svc. (ds) |
| 89/06/02 | 7 | RESPONSE/MEMORANDUM (to pldg. #1) -- deft. The Boeing Company w/cert. of svc., **Notice of related actions and exhibits A and B** (ds) |
| 89/06/05 | 8 | JOINDER IN MOTION (re Pldg. #1) -- pltfs. Mae S. Sapolu and Paul T. Nakajo -- w/cert. of service (cds) |
| 89/06/12 | 9 | INTERESTED PARTIES RESPONSE -- (to pldg. #1) pltfs. Brenda Faudet, et al.; Trevor Holmes; Leigh Cairns; Paige Caspar, et al.; Graeme B. Armstrong; Loraine Chin; Kenward Chung; Rayward Chung; Andrew Gannon; Moria Levold; Jason Mrocki; Paul White, et al.; Kathleen M. Peryer, et al. -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/06/14 | 10 | INTERESTED PARTIES RESPONSE -- (to pldg. #1) pltfs. Mae Sapolu; Matthew Richards, et al.; Robyn K. Nakomoto; Sharol K. Preston; Leonard K. Jenkins; John K. Horita, et al. and On Suk Choe -- w/cert. of svc. (rh) |
| 89/06/15 | 11 | NOTICE OF RELATED ACTIONS (9 actions in C.D. Califorina) -- Filed by Boeing Company -- w/cert. of. svc. (rh) |
| 89/06/15 |  | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/26 | 12 | NOTICE OF RELATED ACTIONS -- (5 actions in C.D. California) -- filed by Gerald C. Sterns, Esq. counsel for pltfs. in the 5 actions in C.D. California  (ds) |
| 89/06/28 | 13 | NOTICE OF RELATED ACTIONS--Attorneys for Hawaii plaintiffs Horita, Jenkins, Nakamoto, Preston & Choe w/cert of svc. (rew) |
| 89/07/18 | 14 | NOTICE OF RELATED ACTIONS -- Signed by Gerald C. Sterns, Esq. counsel for plaintiffs (in 4 actions pending in N.D. California) Benjamin Zipser; Klaus Pinkas, Alastair Pickin and Deborah Zipser -- w/cert. of svc. (rh) |
| 89/07/18 | 15 | NOTICE OF RELATED ACTION -- Signed by Virgil James Wilson, III, Esq. counsel for plaintiff (in action pending in D. Hawaii) Tuma |
| 89/07/26 |  | HEARING APPEARANCES:   (Hearing on 7/27/89 in Seattle, Washington) -- GERALD C. STERNS, ESQ. for Diana Sandeman; RICHARD E. BROWN, ESQ. for Anwar Kahn, et al.; ELIZABETH J. CABRASER, ESQ.; L. RICHARD FRIED, JR., ESQ. for Mae S. Sapolu, et al.; GREGORY C. READ, ESQ. for United Airlines, Inc.; KETH GERRARD, ESQ. for The Boeing Co. and BRUCE A. LAMPERT, ESQ. for Paul Hotz, et al. (rh) |
| 89/07/26 |  | WAIVERS OF ORAL ARGUMENT:  (Hearing on 7/27/89 in Seattle, Washington) -- Clinton Zimlich, et al. and Edwin Geoffrey Tudor (rh) |
| 89/08/09 | 16 | NOTICE OF RELATED ACTION -- McGee v. Boeing, D. Hawaii, #89-00586 -- signed by L. Richard Fried, Jr., Esq.  (cds) |

JPML FORM 1A                                                    .  .  .  .p. 3.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- __In re Air Disaster near Honolulu, Hawaii, on February 24, 1989__

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/08/14 | | CONSENT TO TRANSFEREE COURT -- For transfer of litigation to the Northern District of California to the Hon. William W. Schwarzer for pretrial proceedings (rh) |
| 89/08/14 | | TRANSFER ORDER -- Transferring A-2 - A-7 to the Northern District of California pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 89/08/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-8 thru B-12 and C-23 listed below -- Notified involved counsel and judges (ds) |

|  | B-8 | Robyn K. Nakamoto v. The Boeing Co. | Hawaii Ezra | 89-0341-DAE |
|---|---|---|---|---|
|  | B-9 | On Suk Choe v. The Boeing Co., et al. | Hawaii Ezra | 89-0342-DAE |
|  | B-10 | Sharol K. Preston v. The Boeing Co. | Hawaii Ezra | 89-0343-DAE |
|  | B-11 | Leonard K. Jenkins v. The Boeing Co. | Hawaii Ezra | 89-0344-DAE |
|  | B-12 | John K. Horita, et al. v. The Boeing Co. | Hawaii Ezra | 89-0345-DAE |
|  | C-23 | Leitu Tumanuvao, et al. v. The Boeing Co., et al. | D.Hawaii Ezra | 89-00535-DAE |

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/08/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-24 James F. McGee, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 89-00586-DAE -- Notified invovled counsel and judges (rh) |
| 89/09/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-8 thru B-12 and C-23 listed below -- Notified involved clerks and judges. (ds) |

|  | B-8 | Robyn K. Nakamoto v. The Boeing Co. | Hawaii Ezra | 89-0341-DAE |
|---|---|---|---|---|
|  | B-9 | On Suk Choe v. The Boeing Co., et al. | Hawaii Ezra | 89-0342-DAE |
|  | B-10 | Sharol K. Preston v. The Boeing Co. | Hawaii Ezra | 89-0343-DAE |
|  | B-11 | Leonard K. Jenkins v. The Boeing Co. | Hawaii Ezra | 89-0344-DAE |
|  | B-12 | John K. Horita, et al. v. The Boeing Co. | Hawaii Ezra | 89-0345-DAE |
|  | C-23 | Leitu Tumanuvao, et al. v. The Boeing Co., et al. | D.Hawaii Ezra | 89-00535-DAE |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p. 4

DOCKET NO. 807 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/09/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY - C-24 James F. McGee, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 89-00586-DAE -- Notified involved clerks and judges. (ds) |
| 89/09/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (in 14 actions) -- C-25 Brenda Faudet, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2820 WMB (GHKx); C-26 Trevor Holmes v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2821 WDK (Kx); C-27 Leigh Cairns v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2822 WMB (GHKx); C-28 Paige Gay Caspar, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2823 WMB (GHKx); C-29 Graeme B. Armstrong v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3150 WMB (GHKx); C-30 Paul White v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3384 WMB (GHKx); C-31 Moira Levold v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3385 WMB (GHKx); C-32 John Frederick Peryer, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3386 WMB (GHKx); C-33 Lorraine Chin v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3387 WMB (GHKx); C-34 Rayward Richard Chung v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3388 WMB (GHKx); C-35 Jason Mrocki v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3389 WMB (GHKx); C-36 Andrew Gannon v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3390 WMB (GHKx); C-37 Kenward Peter Chung v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3391 WMB (GHKx); C-38 Darrell R. Blankenship v. The Boeing Company, S.D. N.Y., #89-CIV-5727 -- Notified involved counsel and judges (rh) |
| 89/09/27 | 17 | NOTICE OF OPPOSITION CTO'S -- C-26, C-27, C-30, C-31, C-33 thru C-37 listed below -- Notified involved counsel and judges (ds) |

| | | | | |
|------|-------------------------------------------------------|------------------|--------------|--|
| C-26 | Trevor Holmes v. United Air Lines, Inc., et al. | C.D.Cal. Keller | CV 89-2821 WDK (Kx) | |
| C-27 | Leigh Cairns v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-2822 WMB (GHKx) | |
| C-30 | Paul White v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3384 WMB (GHKx) | |
| C-31 | Moira Levold v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3385 WMB (GHKx) | |
| C-33 | Lorraine Chin v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3387 WMB (GHKx) | |
| C-34 | Rayward Richard Chung v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3388 WMB (GHKx) | |
| C-35 | Jason Mrocki v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3389 WMB (GHKx) | |
| C-36 | Andrew Gannon v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3390 WMB (GHKx) | |
| C-37 | Kenward Peter Chung v. United Air Lines, Inc., et al. | C.D.Cal. Byrne | CV 89-3391 WMB (GHKx) | |

JPML FORM 1A

### DOCKET ENTRIES

p. 5

#### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/10/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-39 Ella H. Harrsch, et al. v. United Airlines, et al., C.D. Cal., C.A. No. CV-89-4484-WMB(GHKx), C-40 Beverly Nisbet v. United Airlines, et al., C.D. Cal., C.A. No. CV-89-4485-WMB(GHKx), and C-41 Lynoor Birrell, et al. v. United Airlines, et al., C.D. Cal., C.A. No. CV-89-4528-WMB(GHKx) -- Notified involved judges and counsel  (cds) |
| 89/10/04 | | HEARING ORDER -- Setting oppositions of plaintiffs to transfer of the following actions for hearing on Nov. 16, 1989, in Austin, Texas: (C-26 Trevor Holmes v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-2821 WMB (GHKx); (C-27 Leigh Cairns v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-2822 WMB (GHKx); (C-30) Paul White v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3384 WMB (GHKx); (C-31) Moira Levold v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3385 WMB (GHKx); (C-33) Lorraine Chin v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3387 WMB (GHKx); (C-34) Rayward Richard Chung v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3388 WMB (GHKx); (C-35) Jason Mrocki v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3389 WMB (GHKx); (C-36) Andrew Gannon v. United Air Lines, Inc., et al., C.D. Cal., C.A. No. CV 89-3390 WMB (GHKx); and (C-37) Kenward Peter Chung v. United Air Lines, Inc., et al., C.A. No. CV 89-3391 WMB (GHKx).  Notified involved counsel, judges and clerks.   (rew) |
| 89/10/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-25 Brenda Faudet, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2820 WMB (GHKx); C-28 Paige Gay Caspar, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2823 WMB (GHKx); C-29 Graeme B. Armstrong v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3150 WMB (GHKx); C-32 John Frederick Peryer, et al. v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3386 WMB (GHKx) and C-38 Darrell R. Blankenship v. Boeing Company, S.D. N.Y., #89-CIV-5727 -- Notified involved judges and clerks (rh) |

6.  6

807

| | | |
|---|---|---|
| 89/10/11 | 18 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDERS -- Filed by pltfs. in C-26 **Trevor Holmes** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2821 WKD (Kx); C-27 **Leigh Cairns** v. United Air Lines, et al., C.D. Cal., #CV 89-2822 WMB (GHKx); C-30 **Paul White** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3384 WMB (GHKx); C-31 **Moira Levold** United Air Lines, Inc., et al., C.D. Cal., #CV 89-3385 WMB (GHKx); C-33 **Lorraine Chin** United Air Lines, Inc., et al., C.D. Cal., #CV 89-3387 WMB (GHKx); C-34 **Rayward Richard Chung** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3388 WMB (GHKx); C-35 **Jason Mrocki** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3389 WMB (GHKx); C-36 **Andrew Gannon** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3390 WMB (GHKx) C-37 **Kenward Peter Chung** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3391 WMB (GHKx) -- w/Exhibits A-B and cert. of svc. (rh) |
| 89/10/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-42 **Alice Early,** etc. v. United Air Lines, Inc., et al., E.D. Mich., C.A. No. 89-CV-72512 DT -- Notified involved counsel and judges. (ds) |
| 89/10/20 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-39 **Ella H. Harrsch,** et al. v. United Air Lines, et al., C.D. Cal., #CV-89-4484-WMB (GHKx); C-40 **Beverly Nisbet** v. United Air Lines, et al., C.D. Cal., #CA No. CV-89-4485-WMB(GHKx); and C-41 **Lynoor Birrell,** et al. v. United Air Lines, et al., C.D. Cal., C.A. No. CV-89-4528-WMB(GHKx) -- Notified inolved judges and clerks (rh) |
| 89/10/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-43 **Katrina A. Harper,** etc. v. United Air Lines, Inc., et al., C.D. California, C.A. No. 89-5728-AAH(Bx) -- Notified involved counsel and judges. (ds) |
| 89/10/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-42 **Alice Early,** etc. v. United Air Lines, Inc., et al., E.D. Michigan, C.A. No. 89-CV-72512 DT -- Notified involved judges and clerks (rh) |
| 89/11/01 | 19 | RESPONSE -- (to pldg. #18) Boeing Company -- w/cert. of svc. (rh) |
| 89/11/09 | 20 | WITHDRAWAL OF PLDG. #19 -- deft. The Boeing Company -- w/Exhibit and cert. of service (cds) |
| 89/11/09 | 21 | NOTICE OF OPPOSITION -- filed by Plaintiff in C-43 **Katrina A. Harper,** etc. v. United Air Lines, Inc., et al., C.D. California, C.A. No. CV89-5728-AAH(Bx) -- w/cert. of serivce (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/11/15 | | HEARING APPEARANCES:  (Hearing of 11/26/89 in Austin, Texas) JAMES T. CROUSE, ESQ. for Trevor Holmes, Leigh Cairns, Paul White, Moira Levold, Lorraine Chin, Rayward Richard Chung, Jason Mrocki, Andrew Gannon, and Kenward Peter Chung (rh) |
| 89/11/15 | | WAIVERS OF ORAL ARGUMENT:  (Hearing of 11/26/89 in Austin, Texas) The Boeing Co., United Airlines, Diana Sandeman, Paul Hotz, et al., Mae S. Sapolu, et al., Susan Hoener and Edwin Geoffrey Tudor (rh) |
| 89/11/22 | | ORDER VACATING CONDITIONAL TRANSFER ORDERS -- C-26 **Trevor Holmes** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-2821 WKD (Kx); C-27 **Leigh Cairns** v. United Air Lines, et al., C.D. Cal., #CV 89-2822 WMB (GHKx); C-30 **Paul White** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3384 WMB (GHKx); C-31 **Moira Levold** United Air Lines, Inc., et al., C.D. Cal., #CV 89-3385 WMB (GHKx); C-33 **Lorraine Chin** United Air Lines, Inc., et al., C.D. Cal., #CV 89-3387 WMB (GHKx); C-34 **Rayward Richard Chung** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3388 WMB (GHKx); C-35 **Jason Mrocki** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3389 WMB (GHKx); C-36 **Andrew Gannon** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3390 WMB (GHKx) C-37 **Kenward Peter Chung** v. United Air Lines, Inc., et al., C.D. Cal., #CV 89-3391 WMB (GHKx) -- Notified involved counsel, judges and clerk.  (ds) |
| 89/11/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-44 **Paul Farr** v. **United Airlines, Inc.**, et al., S.D.N.Y., C.A. No. 89-CIV-7250 (LLS) and C-45 **Christopher Turner**, et al. v. **United Airlines, Inc.**, et al., S.D.N.Y., C.A. No. 89-CIV-7251 (JES) -- Notified involved counsel and judges.  (ds) |
| 89/11/28 | 22 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/EXHIBIT A AND CERT. OF SERVICE -- **filed by plaintiff in C-43 Katrina A. Harper, etc.** v. United Air Lines, Inc., et al., C.D. California, C.A. No. CV89-5728-AAH(Bx)  (cds) |
| 89/12/05 | | HEARING ORDER -- Setting opposition of plaintiff (C-43) Katrina A. Harper, etc. v. United Airlines, Inc., et al., C.D. Cal., C.A. No.CV89-5728-AAH for hearing on Jan. 25, 1990 in Orlando, Florida.  Notified involved counsel, clerks and judges.  (rew) |
| 89/12/11 | 23 | RESPONSE (to pldg. 22) -- filed by The deft. Boeing Company w/cert. of svc.  (ds) |

*p.8*

*801*

89/12/12    24    RESPONSE (to pldg. #22) -- deft. United Air Lines, Inc.
w/cert. of svc.  (ds)

89/12/13          CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-44 Paul Farr v.
United Airlines, Inc., et al., S.D.N.Y., C.A. No. 89-CIV-7250
(LLS) and **C-45** Christopher Turner, et al. v. United Airlines,
Inc., et al., S.D.N.Y., C.A. No. 89-CIV-7251 (JES) --
Notified involved judges and clerks  (cds)

89/12/27    25    WITHDRAWAL OF MOTION TO VACATE CTO (pldg. #22) -- filed by
pltf. Katrina A. Harper w/cert. of svc.  (ds)

90/01/03          ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING
JANUARY 25, 1990 HEARING -- re:  C-43 Katrina A. Harper, etc.
v. United Air Lines, Inc., et al., C.D. California, C.A. No.
CV89-5728-AAH(Bx) -- Notified involved judges, clerks and
counsel  (cds)

90/01/16          CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-46 Edward
Lythgoe v. The Boeing Company, D. Hawaii, C.A. No.
89-00861-DAE; C-47 Linda Shirley v. The Boeing Company, D.
Hawaii, C.A. No. 89-00862-HMF -- Notified involved counsel
and judges  (ds)

90/01/24          CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-48 thru C-53
listed below -- notified involved counsel and judges. (ds)

| C-48 | James Lucas Hawke v. United Air Lines, Inc., et al. | Cal.,C. Pfaelzer | CV89-6796-MRP(Ex) |
| C-49 | Suellyn Caudwell v. United Air Lines, Inc., et al. | Cal.,C. Hill | CV89-6797-IH |
| C-50 | Nicole Ann Childs-Taylor v. United Air Lines, Inc., et al. | Cal.,C. Takasugi | CV89-6798-RMT(Ix) |
| C-51 | Curtis Christensen v. The Boeing Company | Hawaii Kay | 89-00959-ACK |
| C-52 | Laura Brentlinger v. The Boeing Company | Hawaii Fong | 89-00973-HMF |
| C-53 | Ilona Benoit v. The Boeing Company | Hawaii Fong | 89-00982-HMF |

807        In re Air Disaster Near Honolulu, Hawaii, on February 24, 1989

90/02/01        CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-46 Edward
                Lythgoe v. The Boeing Company, D. Hawaii, C.A. No.
                89-00861-DAE; and C-47 Linda Shirley v. The Boeing Company,
                D. Hawaii, C.A. No. 89-00862-HMF -- NOTIFIED INVOLVED JUDGES
                AND CLERKS  (cds)

90/02/05        CONDITIONAL TRANSFER ORDER FILED TODAY -- C-54 Robyn Bagnall
                v. United Air Lines, Inc., et al., C.D. California, C.A. No.
                89-7201-RMT(Tx) -- Notified involved counsel and judges (rh)

90/02/09        CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-48 James Lucas
                Hawke v. United Air Lines, Inc., et al., C.D. Cal., C.A. No.
                CV89-6796-MRP(Ex); C-49 Suellyn Caudwell v. United Air Lines,
                Inc., et al., C.D. Cal., C.A. No. CV89-6797-IH; C-50 Nicole
                Ann Childs-Taylor v. United Air Lines, Inc., et al., C.D.
                Cal., C.A. No. CV89-6798-RMT(Tx); C-51 Curtis Christensen v.
                The Boeing Co., D. Hawaii, C.A. No. 89-00959-ACK; C-52 Laura
                Brentlinger v. The Boeing Co., D. Hawaii, C.A. No.
                89-00973-HMF; C-53 Ilona Benoit v. The Boeing Co., D. Hawaii,
                C.A. No. 89-00982-HMF -- Notified involved judges and clerks
                (rh)

90/02/15        CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-55 Steve Brady,
                et al. v. United Air Lines, Inc, et al., D. Colo., C.A. No.
                90-B-207; C-56 Shari Peterson, et al. v. United Air Lines,
                Inc, et al., D. Colo., C.A. No. 90-B-208; C-57 Charles E.
                Morgan, et al. v. United Air Lines, Inc, et al., D. Colo.,
                C.A. No. 90-B-209; C-58 Stuart C. McClure v. United Air
                Lines, Inc., et al., D. Colo., C.A. No. 90-B-210 and C-59
                James H. Huddle, et al. v. United Air Lines, Inc, et al., D.
                Colo., C.A. No. 90-B-211 -- Notified involved counsel and
                judges (rh)

90/02/21        CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-54 Robyn Bagnall
                v. United Air Lines, Inc., et al., C.D. California, C.A. No.
                89-7201-RMT(Tx) -- notified involved judges and clerks  (cds)

90/02/22        CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-60 John Desso,
                etc. v. United Airlines, Inc., et al., D. Hawaii, C.A. No.
                90-00012 DAE and D-61 Terry Swann, etc. v. United Airlines,
                Inc., et al., D. Hawaii, C.A. No. 90-00013 DAE -- Notified
                involved counsel and judges (rh)

JPML FORM 1A

P.10

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/02/27 | 26 | REASSIGNMENT ORDER -- reassigning litigation to Judge Vaughn R. Walker -- filed in N.D. California, order signed by Chief Judge William A. Ingram, (date February 6, 1990) (rh) |
| 90/02/27 | | ORDER REASSIGNING LITIGATION -- to Judge Vaughn R. Walker in N.D. California -- Notified invovled judges, clerks and counsel (rh) |
| 90/03/01 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- submitted by plaintiffs in the following actions:  C-55 Steve Brady, et al.; C-56 Shari Peterson, et al.; C-57 Charles E. Morgan, et al.; and C-58 Stuart C. McClure -- notified involved counsel and judges  (cds) |
| 90/03/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-59 James H. Huddle, et al. v. United Air Lines, Inc., et al., D. Colo., C.A. No. 90-B-211 -- Notified involved clerks and judges (rew) |
| 90/03/12 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-60 John Desso, etc. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 90-00012 DAE and D-61 Terry Swann, etc. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 90-00013 DAE -- Notified involved clerks and judges.  (ds) |
| 90/03/19 | | CONDITIONAL TRANSFER ORDRS FILED TODAY -- D-62 Ronald Marks, et al. v. United Air Lines, Inc., et al., C.D. California, C.A. No. CV90-900-WKD(GHKx) and D-63 Belinda Ann Cabaniss, et al. v. UAL, Inc., et al., C.D. California, C.A. No. CV90-901-JMI(Ex) -- Notified involved counsel and judges (rh) |
| 90/03/20 | 28 | MOTION/BRIEF TO VACATE CTO -- submitted by plaintiffs in the following actions:  C-55 Steve Brady, et al.; C-56 Shari Peterson, et al.; C-57 Charles E. Morgan, et al.; and C-58 Stuart c. McClure w/cert. of svc.  (ds) |

801

| | |
|---|---|
| 90/03/30 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-64 Sarah W. Shanahan, et al. v. The Boeing Company, D. Hawaii, C.A. No. 90-00118-DAE; D-65 Tina P. Blundy v. The Boeing Company, D. Hawaii, C.A. No. 90-00119-DAE; D-66 Martin Bastock v. United Air Lines, Inc., et al., D. Hawaii, C.A. No. 90-00083-DAE; D-67 Helen M. Grinkevich v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0935-ER (Tx); D-68 Charles Marvin Powell, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0930-RG (Sx) and D-69 Louis Burgess, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0936-KN (Ex) -- Notified involved counsel and judges (rh) |
| 90/04/04 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-62 Ronald Marks, et al. v. United Air Lines, Inc., et al., C.D. California, C.A. No. CV90-900-WKD(GHKx) and D-63 Belinda Ann Cabaniss, et al. v. UAL, Inc., et al., C.D. California, C.A. No. CV90-901-JMI(Ex) -- Notified involved judges and clerks (rh) |
| 90/04/09 | HEARING ORDER -- setting opposition to transfer of C-55 Brady, et al., C-56 Peterson, et al., C-57 Morgan, et al., and C-58 McClure for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/17 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-64 Sarah W. Shanahan, et al. v. The Boeing Company, D. Hawaii, C.A. No. 90-00118-DAE; D-65 Tina P. Blundy v. The Boeing Company, D. Hawaii, C.A. No. 90-00119-DAE; D-66 Martin Bastock v. United Air Lines, Inc., et al., D. Hawaii, C.A. No. 90-00083-DAE; D-67 Helen M. Grinkevich v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0935-ER (Tx); D-68 Charles Marvin Powell, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0930-RG (Sx) and D-69 Louis Burgess, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. CV90-0936-KN (Ex) -- Notified involved judges and clerks (rh) |

B.12

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 801 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/04/23 | 29 | ORDERS -- Filed in D. Colorado, dated 3/27/90 -- Signed by Judge Lewis T. Babcock -- (of actions C-55; C-56; C-57; and C-58) (rh) |
| 90/04/23 | | ORDER VACATING CONDITIONAL TRANSFER ORDERS AND VACATING MAY 31, 1990 HEARING -- of C-55 Steve Brady, et al. v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 90-B-207; C-56 Shari Peterson, et al. v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 90-B-208; C-57 Charles E. Morgan, et al. v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 90-B-209; and C-58 Stuart C. McClure v. United Air Lines, Inc., et al., D. Colorado, C.A. No. 90-B-210 -- Notified involved counsel, judges and clerks (rh) |
| 90/05/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-70 John Warren Simon, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 90-00243-DAE -- Notified involved judges and counsel (ds) |
| 90/05/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-70 John Warren Simon, et al. v. United Airlines, Inc., et al., D. Hawaii, C.A. No. 90-00243-DAE -- notified involved judges and clerks (cds) |
| 90/06/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-99 Jean D. Nakayama, et al. v. The Boeing Company, D. Hawaii, C.A. No. 90-00389-DAE and D-100 Charisse Craig-Robinson, et al. v. United Airlines, D. New Jersey, C.A. No. 90-CIV-2079-HAA -- Notified involved counsel and judges (rh) |
| 90/07/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-101 Richard E. Lam, et al. v. The Boeing Company, D. Hawaii, C.A. No. 90-00375-DAE -- Notified involved counsel and judges. (ds) |
| 90/07/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-99 Jean D. Nakayama, et al. v. The Boeing Company, D. Hawaii, C.A. No. 90-00389-DAE and D-100 Charisse Craig-Robinson, et al. v. United Airlines, D. New Jersey, C.A. No. 90-CIV-2079-HAA -- Notified involved judges and clerks (rh) |

8,13

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807

| DATE | PLEADING DESCRIPTION |
|------|---------------------|

90/07/18      CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- D-101 Richard E.
              Lam, et al. v. The Boeing Company, D. Hawaii, C.A. No.
              90-00375-DAE -- Notified involved judges and clerks (rh)

90/08/02      CONDITIONAL TRANSFER ORDER FILED TODAY -- E-102  John Miki,
              et al. v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00514-DAE -- Notified involved counsel and judges.  (sg)

90/08/20      CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-102  John Miki,
              et al. v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00514-DAE -- Notified involved judges and clerks (sg)

90/08/30      CONDITIONAL TRANSFER ORDER FILED TODAY -- E-103 Nancy Gentry,
              et al. v. United Airlines, Inc., et al., N.D. Ohio, C.A. No.
              1:90-CV-1308 -- Notified invovled counsel and judges (rh)

90/09/17      CONDITIONAL TRANSFER FINAL TODAY -- E-103 Nancy Gentry, et
              al. v. United Airlines, Inc., et al., N.D. Ohio, C.A. No.
              1:90-CV-1308 -- Notified involved clerks and judges.  (ds)

90/10/24      CONDITIONAL TRANSFER ORDER FILED TODAY -- E-104 Kerry Lappan
              v. United Airlines, Inc., et al., D. Hawaii, C.A. No.
              90-00078 DAE -- Notified involved counsel and judges.  (ds)

90/11/05      CONDITIONAL TRANSFER ORDER FILED TODAY -- E-105 Jennifer Pane
              Saul v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00429-DAE; E-106 Philip Lawrence Pane v. The Boeing
              Company, et al., D. Hawaii, C.A. No. 90-00430-DAE; E-107
              Scott Saul v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00431-DAE; E-108 Rudolph H. Schellenberger, et al. v.
              United Airlines, Inc., et al., D. New Jersey, C.A. No.
              90-2380 (AET) (sg)

90/11/09      CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- E-104 Kerry Lappan
              v. United Airlines, Inc., et al., D. Hawaii, C.A. No.
              90-00078 DAE -- Notified involved counsel and judges.  (sg)

90/11/21      CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- E-105 Jennifer Pane
              Saul v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00429-DAE; **E-106** Philip Lawrence Pane v. The Boeing
              Company, et al., D. Hawaii, C.A. No. 90-00430-DAE; E-107
              Scott Saul v. The Boeing Company, et al., D. Hawaii, C.A. No.
              90-00431-DAE; E-108 Rudolph H. Schellenberger, et al. v.
              United Airlines, Inc., et al., D. New Jersey, C.A. No.
              90-2380 (AET) -- Notified involved clerks and judges (sg)

JPML FORM 1A

B. 14

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 821 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/12/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **F-109** Raymond Kenneth Brooks, et al. v. United Airlines, Inc., et al., C.D. California, C.A. No. 90-4745 KN(Sx); **F-110** John Christopher Hunter v. United Airlines, Inc., et al., C.D. California, C.A. No. 90-4746 KN(Sx); **F-111** Jan Hilton Clark v. United Airlines, Inc., et al., C.D. California, C.A. No. 90-4872 KN(Sx) and **F-112** William John Morrison v. United Airlines, Inc., et al., C.D. California, C.A. No. 90-5435 KN(Sx) -- Notified involved counsel and judges (rh) |
| 90/12/19 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **F-109** Raymond Kenneth Brooks, et al. v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 90-4745 KN(Sx); **F-110** John Christopher Hunter v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 90-4746 KN(Sx); **F-111** Jan Hilton Clark v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 90-4872 KN(Sx); **F-112** William John Morrison v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 90-5435 KN(Sx) and **F-113** Kate Jane Terry v. United Airlines, Inc., et al., C.D. Cal., C.A. No. 90-5436 KN(Sx) -- Notified involved clerks and judges. (ds) |
| 91/01/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (F-113) Kate Jane Terry v. United Airlines, Inc., et al., C.D.Cal., C.A. No. 90-5436 -- Notified involved counsel and judges. |
| 91/01/18 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **F-113** Kate Jane Terry v. United Airlines, Inc., et al., C.D. California, C.A. No. 90-5436 KN (Sx) -- Notified involved judges and clerks (rh) |
| 91/02/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **F-114** Robert J. Bahna, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 90-00894 DAE -- Notified involved counsel and judges (rh) |
| 91/02/21 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **F-114** Robert J. Bahna, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 90-00894 DAE -- Notified involved clerks and judges (sg) |
| 91/04/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-115 Ricky T. Umehira v. The Boeing Company, D. Hawaii, C.A. No. 91-0003 ACK -- Notified involved counsel and judges. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-115 Ricky T. Umehira v. The Boeing Company, D. Hawaii, C.A. No. 91-00063 ACK -- Notified involved judges and clerks (rh) |
| 91/04/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-116 Jillian Crawford, et al. v The Boeing Company, et al., D. Hawaii, C.A. No. 91-00109 ACK; F-117 Delores Hageman, et al. v. The Boeing Company, et al., W.D. Washington, C.A. No. 91-314 WD -- Notified involved counsel and judges  (sg) |
| 91/05/14 | 30 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in F-116 Jillian Crawford, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 91-00109 ACK -- Notified involved counsel and judges  (sg) |
| 91/05/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-117 Delores Hageman, et al. v. The Boeing Company, et al., W.D. Washington, C.A. No. 91-314-WD  (sg) |
| 91/05/28 | 31 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Jillian Crawford, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 91-00109 DAE -- Filed by pltfs. Steven J. Kim -- Jillian Crawford, et al. w/cert. of svc.  (sg) |
| 91/06/13 | 32 | MEMORANDUM (to pldg. #31) -- filed by defts. United Air Lines and The Boeing Company w/cert. of svc.  (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland, Maine  (sg) |
| 91/06/14 | 33 | SUPPLEMENTAL PROOF OF SVC. (to pldg. #32) -- deft. The Boeing Co. (ds) |
| 91/07/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-118 Charisse Craig-Robinson, et al. v. United Airlines, Inc., et al., D. New Jersey, C.A. No. 91-364 MTB -- Notified involved judges and counsel (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland, Maine) -- ALL PARTIES WAIVED (ds) |
| 91/08/01 | | TRANSFER ORDER -- transferring F-116 (**Jullian Crawford, et al. v. The Boeing Company, et al.**, D. Hawaii, C.A. No. 91-00109-DAE) to the Northern District of California -- Notified involved clerks, judges and counsel (ds) |
| 91/08/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-118 Charisse Craig-Robinson, et al. v. United Airlines, Inc., et al., D. New Jersey, C.A. No. 91-364 MTB -- Notified involved clerks and judges  (sg) |
| 91/08/01 | 34 | WITHDRAWAL OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plaintiffs Jillian Crawford -- No action necessary -- Transfer order filed 91/08/01 (sg) |
| 91/08/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-119 Bruce A. Lampert v. United Airlines, Inc., et al., D. Colo., C.A. No. 91-B-187 -- Notified involved counsel and judges. (ds) |
| 91/08/28 | 35 | MOTION FOR REMAND -- Filed by plfts. in A-3 Mae S. Sapolu, et al. v. The Boeing Company, et al., D. Hawaii, C.A. No. 89-00164 ACK; D-101 Richard E. Lam, et al. v. The Boeing Co., D. Hawaii, C.A. No. 90-00375-DAE; B-12 John K. Horita, et al. v. the Boeing Co., D. Hawaii, C.A. No. 89-0345-DAE; D-65 Tina Blundy v. The Boeing Company, D. Hawaii, C.A. No. 90-00119-DAE -- For Remand of their cases -- w/Cert of svc. (sg) |
| 91/08/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (G-119) Bruce A. Lampert v. United Airlines, Inc., et al., D. Colo., C.A. No. 91-B-187 -- Notified involved clerks and judges  (sg) |
| 91/09/09 | 36 | REQUEST FOR EXTENSION OF TIME TO FILED RESPONSE -- filed by deft. The Boeing Co. w/exhibits A and B and cert. of svc. -- **EXTENSION GRANTED TO AND INCLUDING 10/07/91 FOR RESPONSE** -- Notified involved counsel (ds) |
| 91/09/18 | 37 | RESPONSE (to pldg. #36) -- filed by L. Richard Fried, Jr., Esq., attorney for certain pltfs. w/cert. of svc. (ds) |
| 91/09/23 | 38 | REPLY MEMORANDUM -- filed by deft. The Boeing company w/exhibits A and B and cert. of svc. (ds) |

B 17

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 851 -- _____

| DATE | PL. | Pleading Description |
|------|-----|---------------------|
| 91/10/07 | 39 | RESPONSE -- (to pldg. #35) The Boeing Company -- w/Exhibits A-F and cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, judges and counsel (srg) |
| 91/10/25 | 40 | SUPPLEMENTAL EXHIBITS TO PLDG. #39 -- The Boeing Company -- w/cert. of svc. (rh) |
| 91/10/29 | 41 | FURTHER SUPPLEMENTAL EXHIBIT TO PLDG. #39 -- The Boeing Company -- w/cert. of svc. (rh) |
| 91/11/22 | | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- L. RICHARD FRIED, JR., ESQ. for Tina Bundy, John Horita, Richard Lam, Mae Sapolu; KEITH GERRARD, ESQ. for The Boeing Company (kac) |
| 91/11/22 | | WAIVER OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- United Airlines, Inc. (kac) |
| 91/12/02 | | ORDER DENYING REMAND --in A-3 Mae S. Sapolu, et al. v. The Boeing Company, et al., N.D. Cal., C.A. No. C89-3159-VRW (D. Hawaii, C.A. No. 89-00164 ACK); D-101 Richard E. Lam, et al. v. The Boeing Co., N.D. Cal., C.A. No. C90-2098-VRW (D. Hawaii, C.A. No. 90-00375-DAE); B-12 John K. Horita, et al. v. The Boeing Co., N.D. Cal., C89-3664-VRW (D. Hawaii, C.A. No. 89-0345-DAE); D-65 Tina Blundy v. The Boeing Company, N.D., Cal., C.A. No. C90-1293-VRW (D. Hawaii, C.A. No. 90-00119-DAE) -- NOTIFIED INVOLVED JUDGE, CLERKS AND COUNSEL (cdm) |

JPML Form 1

Revised: 8/78

DOCKET NO. 807 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 14, 1989 | TO | Unpublished | N.D. California | ~~Hon. William W. Schwarzer~~ Hon. Vaughn R. Walker | |

### Special Transferee Information

DATE CLOSED: 1/11/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

N.D. California
Judge Vaughn R. Walker

DOCKET NO. ~~807~~ 80? -- In re Air Disaster Near Honolulu, Hawaii, on February 24, 1989

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Diana Sandeman v. United Airlines, Inc., et al. | Cal.,N. ~~Lynch~~ Schwarzer | C89-1463-EFL WWS | | | 11/9 D | |
| A-2 | Clinton Zimlich, et al. v. United Airlines, Inc., et al. | Ohio,N. Manos | 89-CV-845 | 8-14-89 | 89-9152 WWS | 10/10/91 D | |
| A-3 | Mae S. Sapolu, et al. v. The Boeing Company | Hawaii Ezra | 89-00164-DAE | 8-14-89 | 81-3159 WWS | 1/14/92 D | |
| A-4 | Susan Hoener v. United Airlines, Inc., et al. | Hawaii Ezra | 89-00246-DAE | 8-14-89 | 89-3164 WWS | 4/27/91 D | |
| A-5 | Edwin Geoffrey Tudor v. United Airlines, Inc., et al. | Hawaii Ezra | 89-001487-DAE | 8-14-89 | 89-3162 WWS | 4/27/91 D | |
| A-6 | Anwar Kahn, et al. v. United Airlines, Inc., et al. | Hawaii Ezra | 89-00179-DAE | 8-14-89 | 89-31... WWS | 5/2/91 D | |
| A-7 | Paul Hotz, et al. v. United Airlines, Inc., et al. | Hawaii Ezra | 89-00175-DAE | 8-14-89 | 81-31... WWS | 7/16/91 D | |

DOCKET NO. 807 -- _____

| Intra-office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-8 | Robyn K. Nakamoto v. The Boeing Co. 8/24/89 | Hawaii Ezra | 89-0341-DAE | 9/11/89 | 89-3662 | 1/14/92 D | |
| B-9 | On Suk Choe v. The Boeing Co., et al. 8/24/89 | Hawaii Ezra | 89-0342-DAE | 9/11/89 | C89-3667 WS | 5/02/91 D | |
| B-10 | Sharol K. Preston v. The Boeing Co. 8/24/89 | Hawaii Ezra | 89-0343-DAE | 9/11/89 | 89-3661 | 1/14/92 D | |
| B-11 | Leonard K. Jenkins v. The Boeing Co. 8/24/89 | Hawaii Ezra | 89-0344-DAE | 9/11/89 | 89-3663 | 1/14/92 D | |
| B-12 | John K. Horita, et al. v. The Boeing Co. 8/24/89 | Hawaii Ezra | 89-0345-DAE | 9/11/89 | 89-3664 | 1/14/92 D | |
| Xyz-13 | Matthew Richards v. United Airlines, et al. | Cal.,N. | C89-2056-WWS | | | 3/23/92 | |
| XYZ-14 | Anna Hayes v. United Airlines, Inc., et al. | Cal.,N. | C89-2148-WWS | | | 11/14/90 | |
| XYZ-15 | Stephen Morey v. United Airlines, Inc., et al. | Cal.,N. | C89-2149-WWS | | | 11/14/90 | |
| XYZ-16 | Victoria Fowler v. United Airlines, Inc., et al. | Cal.,N. | C89-2150-WWS | | | 9/29/92 D | |
| XYZ-17 | Donna Pioppi v. United Airlines, Inc., et al. | Cal.,N. | C89-2151-WWS | | | 11/14/90 | |
| XYZ-18 | John Salwitz v. United Airlines, Inc., et al. | Cal.,N. | C-89-2152-WWS | | | 11/14/90 | |
| XYZ-19 | Deborah Zipser v. United Airlines, Inc., et al. | Cal.,N. | C-89-2642-WWs | | | 11/14/90 | |
| XYZ-20 | Alstair M. Picken v. United Airlines Inc., et al. | Cal.,N. | C-89-2644-WWS | | | 11/11/93 D | |
| XYZ-21 | Benjamin Zipser v. United Airlines, Inc., et al. | Cal.,N. | C-89-2645-WWS | | | 11/14/90 | |
| XYZ-22 | Klaus O. Pinkas v. United Airlines | Cal.,N. | C-89-2646-WWS | | | 11/14/90 D | |

DOCKET NO. 807 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-23 | Leitu Tumanuvao, et al. v. The Boeing Co., et al. 8/24/89 | D.Hawaii Ezra | 89-00535-DAE | 9/11/89 | 89-3665 wws | 11/14/90 | |
| C-24 | James F. McGee, et al. v. The Boeing Company, et al. 8-29-89 | D.Hawaii Ezra | 89-00586-DAE | 9/14/89 | 89-3666 wws | 9/25/91 | |
| C-25 | Brenda Faudet, et al. v. United Air Lines, ., et al. 9-20-89 | C.D.Cal Byrne | CV 89-2820 WMB (GHKx) | 10-6-89 | C89-4035 wws | 9/29/92 D | |
| C-26 | Trevor Holmes v. United Air Lines, Inc., et al. 9/26/89 OPPOSED 9/27/89 | C.D.Cal. Keller | CV 89-2821 WDK (Kx) | | | | Vacated 11/22/89 |
| C-27 | Leigh Cairns v. United Air Lines, Inc., et al. 9/26/89 OPPOSED 9/27/89 | C.D.Cal. Byrne | CV 89-2822 WMB (GHKx) | | | | Vacated 11/22/89 |
| C-28 | Paige Gay Caspar, et al. v. United Air Lines, Inc., et al. 9-26-89 | C.D.Cal. Byrne | CV 89-2823 WMB (GHKx) | 10-6-89 | 89-4036 | 2/13/92 | |
| C-29 | Graeme B. Armstrong v. United Air Lines, Inc., et al. 9-26-89 | C.D.Cal. Byrne | CV 89-3150 WMB (GHKx) | 89 | C89-4037 wws | 9/18/92 D | |
| C-30 | Paul White v. United Air Lines, Inc., et al. 9/26/89 OPPOSED 9/27/89 | C.D.Cal. Bryne | CV 89-3384 WMB (GHKx) | | | | Vacated 11/22/89 |
| C-31 | Moira Lovell v. United Air Lines, Inc., et al. 9/26/89 OPPOSED 9/27/89 | C.D.Cal. Byrne | CV 89-3385 WMB (GHKx) | | | | Vacated 11/22/89 |
| C-32 | John Frederick Peryer, et al. v. United Air Lines, Inc., et al. 9-26-89 | C.D.Cal. Byrne | CV 89-3386 WMB (GHKx) | 10-6-89 | C89-4038 wws | 9/10/91 | |
| C-33 | Lorraine Chew v. United Air Lines, Inc., et al. 9/26/89 OPPOSED 9/27/89 | C.D.Cal. Byrne | CV 89-3387 WMB (GHKx) | | | | Vacated 11/22/89 |
| C-34 | Rayward Richard Chew v. United Air Lines, Inc., et al. 9-26-89 OPPOSED 9/27/89 | C.D.Cal. Byrne | CV 89-3388 WMB (GHKx) | | | | Vacated 11/22/89 |

DOCKET NO. 807 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-35 | Jason Mrocki v. United Air Lines *Vacated* Cal. 9-20-89 opposed 9/27/89 | C.D.Cal. Byrne | CV 89-3389 WMB (GHKx) | | | | vacated 11/22/89 |
| C-36 | Andrew Gannon v. United Air Lines *Vacated* al. 9-20-89 9/27/89 opposed | C.D.Cal. Byrne | CV 89-3390 WMB (GHKx) | | | | vacated 11/22/89 |
| C-37 | Kenward Peter Chung v. United Air Lines *Vacated* et al. 9-20-89 opposed 9/27/89 | C.D.Cal. Byrne | CV 89-3391 WMB (GHKx) | | | | vacated 11/22/89 |
| C-38 | Darrell R. Blankenship v. The Boeing Company 9-20-89 | S.D.N.Y. Leisure | 89-CIV-5727 | 10-6-89 | C89-4032 wws | 3/10/92 D | |
| C-39 | Ella H. Harrsch, et al. v. United Air Lines, et al. 10/4/89 | C.D.Cal. Byrne | CV 89-4484 WMB (GHKx) | 10-20-89 | C89-4040 wws | 9/25/91 D | |
| C-40 | Beverly Nisbet v. United Air Lines, et al. 10/4/89 | C.D.Cal. Byrne | CV 89-4485 WMB (GHKx) | 10-20-89 | C89-4042 wws | 9/2/91 D | |
| C-41 | Lynoor Birrell, et al. v. United Air Lines, et al. 10/4/89 | C.D.Cal. Byrne | CV 89-4528 WMB (GHKx) | 10-20-89 | C89-4039 wws | 9/29/92 D | |
| C-42 | Alice Early, etc. v. United Air Lines, Inc., et al. 10/11/89 | E.D.Mich. Woods | 89-CV-72512 DT | 10-27-89 | C89-3975 wws | 4/14/92 D | |
| C-43 | Katrina A. Harper, etc. v. United Air Lines, Inc., et al. 10/25/89 opposed 11/9/89 | C.D.Cal. Hauk Byrne | CV89-5728-AH(Bx) WMB (GHKx) | 1/30/90 | 90-262 | 5/2/91 D | |
| C-44 | Paul Farr v. United Airlines, Inc., et al. 11/27/89 | S.D.N.Y. Stanton | 89-CIV-7250 (LLS) | 12/13/89 | 90-0506 | 5/05/92 D | |
| C-45 | Christopher Turner, et al, v. United Airlines Inc., et al. 11/27/89 | S.D.N.Y. Sprizzo | 89-CIV-7251 (JES) | 12/13/89 | 90-319 | 1/11/93 D | |
| C-46 | Edward Lythgoe v. The Boeing Company 1/16/90 | Hawaii King | 89-00861-DAE | 2/1/90 | 90-0598 | 3/15/91 D | |
| C-47 | Linda Shirley v. The Boeing Company 1/16/90 | Hawaii King | 89-00862-HMF | 2/1/90 | 90-0572 | 5/2/91 D | |

DOCKET NO. 807 -- In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-48 | James Lucas Hawke v. United Air Lines, Inc., et al. 1/24/90 | Cal.,C. Pfaelzer | CV89-6796-MRP(Ex) | 2-9-90 | 90-0566 | 9/11/91 D | |
| C-49 | Suellyn Caudwell v. United Air Lines, Inc., et al. 1/24/90 | Cal.,C. Hill | CV89-6797-IH | 2-9-90 | 90-0567 | 9/29/91 D | |
| C-50 | Nicole Ann Childs-Taylor v. United Air Lines, Inc., et al. 1/24/90 | Cal.,C. Takasugi | CV89-6798-RMT(Tx) | 2-9-90 | 90-0568 | 9/12/91 D | |
| C-51 | Curtis Christensen v. The Boeing Company 1/24/90 | Hawaii Kay | 89-00959-ACK | 2-9-90 | 90-0569 | 7/25/91 D | |
| C-52 | Laura Brentlinger v. The Boeing Company 1/24/90 | Hawaii Fong | 89-00973-HMF | 2-9-90 | 90-0570 | 7/28/91 D | |
| C-53 | Ilona Benoit v. The Boeing Company 1/24/90 | Hawaii Fong | 89-00982-HMF | 2-9-90 | 90-0571 | 7/25/91 D | |
| C-54 | Robyn Bagnall v. United Air Lines, Inc., et al. 2-5-90 | Cal.,C. Takasugi | 89-7201-RMT (Tx) | 2/21/90 | 90 0606 | 5/05/92 D | |
| C-55 | Steve Brady, et al. v. United Air Lines, Inc., et al. 2-15-90 opposed 3/1/90 ~~vacated~~ | D. Babcock | 90-B-207 | CTD Vacated 4/23/90 | | | |
| C-56 | Shari Peterson, et al. v. United Air Lines, Inc., et al. 2-15-90 opposed 3/1/90 ~~vacated~~ | D. Babcock | 90-B-208 | CTD Vacated 4/23/90 | | | |
| C-57 | Charles E. Morgan, et al. v. United Air Lines, Inc., et al. 2-15-90 opposed 3/1/90 ~~vacated~~ | D. Babcock | 90-B-209 | CTD Vacated 4/23/90 | | | |
| C-58 | Stuart C. McClure v. United Air Lines, et al. 2-15-90 opposed 3/1/90 ~~vacated~~ | D. Babcock | 90-B-210 | CTD Vacated 4/23/90 | | | |
| C-59 | James H. Huddle, et al. v. United Air Lines, Inc., et al. 2-15-90 | D.Colo. Babcock | 90-B-211 | 3/5/90 | 90-0552 | 9/28/92 D | |

DOCKET NO. 807 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-60 | John Desso, etc. v. United Airlines, Inc., et al. 2-22-90 | Hawaii Ezra | 90-00012 DAE | 3/12/90 | 90-0808 | 9/29/92 D | |
| D-61 | Terry Swann, etc. v. United Airlines, Inc., et al. 2-22-90 | Hawaii Ezra | 90-00013 DAE | 3/12/90 | 90-0838 | 8/12/91 D | |
| D-62 | Ronald Marks, et al. v. United Air Lines, Inc., et al. 3-19-90 | C.D.Cal. Keller | CV90-900-WKD (GHKx) | 4/4/90 | 090-1200 VRW | 4/23/91 D | |
| D-63 | Belinda Ann Cabaniss, et al. v. UAL, Inc., et al. 3-19-90 | C.D.Cal. Ideman | CV90-901-JMI (Ex) | 4/4/90 | 090-900 VRW | 9/29/92 D | |
| D-64 | Sarah W. Shanahan, et al. v. The Boeing Company 3-30-90 | D.Hawaii Ezra | 90-00118-DAE | 4/17/90 | 090-1212 VRW | 1/14/92 D | |
| D-65 | Tina P. Blundy v. The Boeing Company 3-30-90 | D.Hawaii Ezra | 90-00119-DAE | 4/17/90 | 090-1213 VRW | 1/14/92 D | |
| D-66 | Martin Bastock v. United Air Lines, Inc., et al. 3-30-90 | D.Hawaii Ezra | 90-00083-DAE | 4/17/90 | 090-893 | 2/11/91 D | |
| D-67 | Helen M. Grinkevich v. United Airlines, Inc. et al. 3-30-90 | C.D.Cal. Rafeedie | CV90-0935-ER (Tx) | 4/17/90 | 090-1253 VRW | 10/10/91 D | |
| D-68 | Charles Marvin Powell, et al. v. United Airlines, Inc., et al. 3-30-90 | C.D.Cal. Gadbois | CV90-0930-RG (Sx) | 4/17/90 | 090-1290 VRW | 10/10/91 D | |
| D-69 | Louis Burgess, et al. v. United Airlines, Inc., et al. 3-30-90 | C.D.Cal. Kenyon | CV90-0936-KN (Ex) | 4/17/90 | 90-1291 VRW | 10/10/91 D | |
| D-70 | John Warren Simon, et al. v. United Airlines, Inc., et al. 5/15/90 | Hawaii Ezra | 90-00243-DAE | 5/31/90 | 090-2035 | 5/5/92 D | |
| XYZ-71 | Margaret Smith, et al. v. United Airlines, Inc., | N.D.Cal. | 89-2798-VRW | | | 5/5/92 D | |
| XYZ-72 | Patricia Welsh v. United Airlines, Inc., et al. | N.D.Cal. | 89-3237-VRW | | | 6/19/90 D | |
| XYZ-73 | Louis A. Hermes, et al. v. United Airlines, Inc., et al. | N.D.Cal. | 89-3596-VRW | | | 2/15/92 D | |

DOCKET NO. 807 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-74 | Newton Betts, et al. v. The Boeing Co. | N.D. Cal. | 89-3885 89-3889-VRW | | | 11/14/90 D | |
| XYZ-75 | Kenneth Dunbar v. The Boeing Co. | N.D.Cal. | 89-3887-VRW | | | 11/14/90 D | |
| XYZ-76 | Julie Ann Fuller v. The Boeing Co. | N.D. Cal. | 89-4306-VRW | | | 9/29/92 D | |
| XYZ-77 | Kerry Nasso, et al. v. The Boeing Co. | N.D.Cal. | 89-4307-VRW | | | 11/14/90 D | |
| XYZ-78 | Karen Lee Huchendorf v. The Boeing Co. | N.D.Cal. | 89-4309-VRW | | | 4/25/91 D | |
| XYZ-79 | Galenya Polisziok, et al. v. The Boeing Co. | N.D. Cal. | 89-4420-VRW | | | 9/29/92 D | |
| XYZ-80 | Rochelle Perel, et al. United Airlines, Inc. | N.D.Cal. | 89-4444-VRW | | | 5/05/92 D | |
| XYZ-81 | Warwick Swann, et al. v. United Airlines, Inc. | N.D.Cal. | 90-0484-VRW | | | 9/29/92 D | |
| XYZ-82 | Tan Chee Ming v. The Boeing Co. | N.D. Cal. | 90-0535-VRW | | | 11/14/90 D | |
| XYZ-83 | Anthony Ryan v. The Boeing Co. | N.D.Cal. | 90-0536-VRW | | | 2/15/92 D | |
| XYZ-84 | Jonathon Benjamin v. The Boeing Co. | N.D.Cal | 90-0537-VRW | | | 11/14/90 D | |
| XYZ-85 | Vincent Geoarge Landsdowne v. The Boeing Co. | N.D.Cal. | 90-0539-VRW | | | 11/14/90 D | |
| XYZ-86 | Karen Williams v. The Boeing Co. | N.D.Cal. | 90-0540-VRW | | | 11/14/90 D | |

DOCKET NO. 807 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-87 | Jacqueline Scott v. The Boeing Co. | N.D.Cal. | 90-0541-VRW | | | 11/14/90 D | |
| XYZ-88 | Kerrie Ibbote v. The Boeing Co. | N.D.Cal. | 90-0544-VRW | | | 11/14/90 D | |
| XYZ-89 | Tania Thorrington v. The Boeing Co. | N.D.Cal. | 90-0545-VRW | | | 11/14/90 D | |
| XYZ-90 | Christopher Burnett v. The Boeing Co. | N.D.Cal | 90-0546-VRW | | | 9/2/92 D | |
| XYZ-91 | Mark Lynch v. The Boeing Co. | N.D.Cal. | 90-0547-VRW | | | 11/14/90 D | |
| XYZ-92 | Jocelyn Evans, et al. v. The Boeing Co. | N.D.Cal. | 90-0549-VRW | | | 11/14/90 D | |
| XYZ-93 | Vivien Winsen, et al. v. The Boeing Co. | N.D.Cal. | 90-0552-VRW | | | 11/14/90 D | |
| XYZ-94 | Linda White, et al. v. The Boeing Co. | N.D.Cal. | 90-0554-VRW | | | 11/14/90 D | |
| XYZ-95 | Maurice Kohn, et al. v. The Boeing Co. | N.D.Cal. | 90-0555-VRW | | | 11/14/90 D | |
| XYZ-96 | Margaret Sheridan v. The Boeing Co. | N.D.Cal. | 90-0557-VRW | | | 11/14/90 D | |
| XYZ-97 | Enrique Rever.v.The Boeing Co. | N.D.CAl. | 90-0560-VRW | | | 11/14/90 D | |
| XYZ-98 | Karen Payne v. The Boeing Co. | N.D. Cal. | 90-0561-VRW | | | 9/29/92 | |

July 1990 - 46 TR/39 XYZ/85 Pending

DOCKET NO. 807 -- In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-99 | Jean D. Nakayama, et al. v. The Boeing Co. 6/15/90 | D. Haw. Ezra | 90-00389-DAE | 1/3/90 | 90-2056 TR2 | 1/14/92 D | |
| D-100 | Charisse Craig-Robinson, et al. v. United Airlines 6/15/90 | D.N.J. Ackerman | 90-CIV-2079-HAA | 7/3/90 | 90-2037 VRW | 1/14/92 | |
| D-101 | Richard E. Lam, et al. v. The Boeing Company 7/2/90 | D.Hawaii Ezra | 90-00375-DAE | 7/18/90 | 90-2098 | 1/14/92 D | |
| E-102 | John Miki, et al. v. The Boeing Company, et al. 8/2/90 | D.Hawaii Ezra | 90-00514-DAE | 8/30/90 | | | |
| E-103 | Nancy Gentry, et al. v. United Airlines, Inc., et al. 8/30/90 | Ohio, N. Manos | 1:90-CV-1308 | 9/17/90 | 90-2762 | 10/10/91 D | |
| E-104 | Kerry Lappan v. United Airlines, Inc. et al. 10/24/90 | D.Hawaii Ezra | 90-00078-DAE | 11/0/90 | 90-3375 | 12/16/91 D | |
| E-105 | Jennifer Pane Saul v. The Boeing Company, et al. | Hawaii Ezra | 90-00429-DAE | 11/21/90 | 90-3374 | 5/05/92 D | |
| E-106 | Philip Lawrence Pane v. The Boeing Company, et al. | Hawaii Ezra | 90-00430-DAE | 11/21/90 | C90-3486 | 5/5/92 | |
| E-107 | Scott Saul v. The Boeing Company, et al. | Hawaii Ezra | 90-00431-DAE | 11/21/90 | 90-3489 | 5/05/92 D | |
| E-108 | Rudolph H. Schellenberger, et al. v. United Airlines, Inc., et al. | D.N.J. Thompson | 90-2380(AET) | 11/21/90 | 90-3488 | 10/04/91 D | |

DOCKET NO. 807 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-109 | Raymond Kenneth Brooks, et al. v. United Airlines, Inc., et al. 12-3-90 | C.D.Cal. Kenyon | 90-4745 KN (Sx) | 12/19/90 | 91-2828 2830 | 1/11/93 D | |
| F-110 | John Christopher Hunter v. United Airlines, Inc., et al. 12-3-90 | C.D.Cal. Kenyon | 90-4746 KN (Sx) | 12/19/90 | 91-2826 | 1/28/92 D | |
| F-111 | Jan Hilton Clark v. United Airlines, Inc., et al. 12-3-90 | C.D.Cal. Kenyon | 90-4872 KN (Sx) | 12/19/90 | 91-2819 | 8/29/91 D | |
| F-112 | William John Morrison v. United Airlines, Inc., et al. 12-3-90 | C.D.Cal. Kenyon | 90-5435 KN (Sx) | 12/19/90 | 91-2818 | 1/11/93 D | |
| F-113 | Kate Jane Terry v. United Airlines, Inc., et al. 1/2/91 | C.D.Cal. Kenyon | 90-5436 KN (Sx) | 1-18-91 | 91-2817 | 1/11/93 D | |
| F-114 | Robert J. Bahna, et al. v. The Boeing Company, et al. 2-5-91 | Hawaii Ezra | 90-00894 DAE | 2/2 | 92-368 | 2/26/92 D | |
| F-115 | Ricky T. Umehira v. The Boeing Company July 1791 - 4/2/91 17 tre/33 D | Hawaii Kay | 91-00063 ACK | 4-18-91 | 91-1426 | 1/4/92 D | |
| F-116 | Jillian Crawford, et al. v. The Boeing Company, et al. closed 5/14/91 4/30/91 | Hawaii Kay | 91-00109 ACK | | 91-2487 | 1/12/92 D | |
| F-117 | Delores Hageman, et al. v. The Boeing Company, et al. 4/30/91 | W.D.Wash Dwyer | 91-314 WD | 5/16/91 | 91-1517 | 8/20/91 D | dism to prior to transfer |
| F-118 | Charisse Craig-Robinson, et al. v. United Airlines, Inc., et al. 7/16/91 | N.J. Barry | 91-364 MTB | 8/1/91 | 91-2504 | 6/23/92 D | |
| G-119 | Bruce A. Lampert v. United Airlines, Inc., et al. 8/14/91 July 1992 - 3 tre/43 disl /29 Pending | Colo. Babcock | 91-B-187 | 8/30/91 | 91-2994 | 2/13/92 D | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>807</u> -- <u>In re Air Disaster near Honolulu, Hawaii, on</u>

<u>February 24, 1989</u>

REVISED - January 23, 1990

---

UNITED AIRLINES
Gregory C. Read, Esq.
Sedgwick, Detert, Moran & Arnold
One Embarcadero Center
Suite 1600
San Francisco, CA 94111-3765

THE BOEING COMPANY
Keith Gerrard, Esq.
Perkins Coie
1201 Third Avenue
Suite 4000
Seattle, WA 98101-3099

BOEING COMMERCIAL AIRCRAFT CO.
(Deft. C-23)
Unable to determine counsel or
address

DIANA SANDEMAN (A-1)
Gerald C. Sterns, Esq.
Law Offices of Gerald C. Sterns
280 Utah Street
San Francisco, CA 94103

CLINTON ZIMLICH, ET AL. (A-2)
Edward I. Stillman, Esq.
Jamie R. Lebovitz, Esq.
1610 Euclid Ave.
Cleveland, OH 44115

---

MAE S. SAPOLU, ET AL. (A-3)
ROBYN K. NAKAMOTO (B-8)
ON SUK VHOE (B-9)
SHAROL K. PRESTON (B-10)
LEONARD K. JENKINS (B-11)
JOHN HORITA, ET AL. (B-12)
JAMES F. McGEE, ET AL. (C-24)
EDWARD LYTHGOE (C-46)
LINDA SHIRLEY (C-47)
CURTIS CHRISTENSEN (C-51)
LAURA BRENTLINGER (C-52)
ILONA BENOIT (C-53)
L. Richard Fried, Jr., Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
1900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

SUSAN HOENER (A-4)
Elizabeth J. Cabraser, Esq.
Lieff, Cabraser & Heimann
Embarcadero Center West
275 Batter St., 30th Floor
San Francisco, CA 94111-3339

EDWIN GEOFFREY TUDOR (A-5)
John Carroll, Esq.
Carroll & Smith
Suite 810, Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2____

DOCKET NO. __807__ -- In re Air Disaster near Hononlulu, Hawaii, on _____
                        February 24, 1989

ANWAR KAHN, ET AL. (A-6)
Richard E. Brown, Esq.
Belli, Belli, Brown, Monzione,
    Fabbro & Zakaria
722 Montgomery Street
San Francisco, CA  94111

PAUL HOTZ, ET AL. (A-7)
Richard F. Schaden, Esq.
Bruce A. Lampert, Esq.
Schaden, Swanson & Lampert
1731 Emerson Street
Denver, CO  80218

LEITU TUMANUVAO, ET AL. (C-23)
Virgil James Wilson, III, Esq.
Sterns & Ingram
733 Bishop Street, Suite 2300
Honolulu, Hawaii  96813

DARRELL R. BLANKENSHIP (C-38)
PAUL FARR (C-44)
CHRISTOPHER TURNER, ET AL. (C-45)
F. Lee Bailey, Esq.
Aaron J. Broder, Esq.
350 Fifth Avenue, Suite 4710
New York, NY  10118

BRENDA FAUDET, ET AL. (C-25)
TREVOR HOLMES (C-26)
LEIGH CAIRNS (C-27)
PAIGE GAY CASPAR, ET AL. (C-28)
GRAEME B. ARMSTRONG (C-29)
PAUL WHITE (C-30)
MOIRA LEVOLD (C-32)
JOHN FREDERICK PERYER, ET AL. (C-32)
LORRAINE CHIN (C-33)
RAYWARD RICHARD CHUNG (C-34)
JASON MROCKI (C-35)
ANDREW GANNON (C-36)
KENWARD PETER CHUNG (C-37)
ELLA H. HARRSCH, ET AL. (C-39)
BEVERLY NISBET (C-40)
LYNOOR BIRRELL, ET AL. (C-41)
KATRINA A. HARPER, ETC. (D-43)

Joseph T. Cook, Esq.
Juanita M. Madole, Esq.
Speiser, Krause, Madole & Cook
Two Park Plaza, Suite 1040
Irvine, CA  92714

Donald W. Madole, Esq.
Speiser, Krause, Madole & Lear
1216 16th Street, N.W.
Washington, D.C.  20030

ALICE EARLY, ETC. (C-42)
Anthony J. Mansour, Esq.
Mansour, Rizik, Rizik and
    Zintmaster, P.C.
One Thousand Beach Street
Flint, MI  48502-1493

Speiser, Krause, Madole & Cook
(already listed)

JAMES LUCAS HAWKE (C-48)
SUELLYN CAUDWELL (C-49)
NICOLE ANN CHILES-TAYLOR (C-50)
Speiser, Krause, Madole & Cook
(previously listed)

Speiser, Krause, Madole & Lear
(previously listed)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ____3_____

DOCKET NO. __807___ -- __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

ROBYN BAGNALL (C-54)
James J. McCarthy, Esq.
Magana, Cathcart, McCarthy
 & Pierry
1801 Avenue of the Stars
Suite 810
Los Angeles, California  90067


STEVE BRADY, ET AL. (C-55)
SHARI PETERSON, ET AL. (C-56)
CHARLES E. MORGAN, ET AL. (C-57)
STUART C. MCCLURE (C-58)
JAMES H. HUDDLE, ET AL. (C-59)
Bruce A. Lampert, Esquire
(Same address as A-7)


UAL CORPORATION (deft. in C-55 thru C-59)
Unable to determine address or counsel


JOHN DESSO, ETC. (D-60)
TERRY SWANN, ETC. (D-61)
Richard F. Schaden, Esquire
Bruce A. Lampert, Esquire
(Same address as A-7)

UAL CORPORATION
Richard Sutton, Jr., Esquire
G. Richard Morry, Esquire
Kathy Higham, Esquire
Rush, Moore, Craven & Stricklin
2000 Hawaii Tower
745 Fort Street
Honolulu, Hawaii  96813-3862


RONALD MARKS, ET AL. (D-62)
Speiser, Krause, Madole & Cook
(Already Listed)


BELINDA ANN CABANISS, ET AL. (D-63)
Shelton L. Freeman, Esq.
Beus, Gilbert & Morrill
3200 North Central Avenue
Suite 1000 Great American Tower
Phoenix, Arizona  85012-2417


Juanita M. Madole, Esq.
Joseph T. Cook, Esq.
(Already Listed)

SARAH W. SHANAHAN, ET AL. (D-64)
TINA BLUNDY (D-65)
L. Richard Fried, Jr., Esq.
(Same As A-3)


MARTIN BASTOCK (D-66)
Richard F. Schaden, Esq.
(Same As A-7)


HELEN GRINKEVICH (D-67)
Leonard J. Comden, Esq.
Wasserman, Comden & Casserman
5567 Reseda Boulevard
Suite 330
Tarazana, California  91356


Jamie Lebovitz, Esq.
Miller, Stillman & Bartel
1610 Euclid Avenue
Cleveland, Ohio  44115


CHARLES MARVIN POWELL, ET AL. (D-68)
LOUIS BURGESS, ET AL. (D-69)
Leonard J. Comden, Esq.
(Same As D-67)


Jamie Lebovitz, Esq.
(Same As D-67)


JOHN WARREN SIMON, ET AL. (D-70)
L. Richard Fried, Jr., Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
(previously listed, see A-3)

JEAN D. NAKAYAMA, ET AL. (D-99)
L Richard Fried, Jr., Esq.
Cronin, Fried, Sekiya, Kekina & Fairbanks
(previously listed, see A-3)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4_____

DOCKET NO. ___807___ -- _____

---

CHARISSE CRAIG-ROBINSON, ET AL. (D-100)
Francis G. Fleming, Esq.
Kreindler & Kreindler
100 Pakr Avenue
New York, New York  10017-5590

RICHARD E. LAM, ET AL. (D-101)
L. Richard Fried, Jr., Esq.
(Same As A-3)

JOHN MIKI, ET AL. (E-102)
L. Richard Fried, Jr., Esq.
(Same As A-3)

NANCY GENTRY, ET AL. (E-103)
Edward I. Stillman, Esquire
Willard E. Bartel, Esquire
Miller, Stillman & Bartel
(Same address as A-2)

KERRY LAPPAN (E-104)
Richard F. Schaden, Esq.
Bruce A. Lampert, Esq.          Same as
Schaden, Swanson & Lampert       A-7
1731 Emerson Street
Denver, Colorado  80218

JENNIFER PANE SAUL (E-105)
PHILIP LAWRENCE PANE (E-106)
SCOTT SAUL (E-107)
L. Richard Fried, Jr., Esq.
(Same As A-3)

RUDOLPH H. SCHELLENBERGER, ET AL. (E-108)
George M. Chamlin, Esq.
Chamlin, Rosen, Cavanagh & Uliano
268 Norwood AVE
P.O. Box 38
West Long Branch, NJ  07764

RAYMOND KENNETH BROOKS, ET AL. (F-109)
JOHN CHRISTOPHER HUNTER (F-110)
JAN HILTON CLARK (F-111)
WILLIAM JOHN MORRISON (F-112)
Juanita M. Madole, Esquire
(address listed on page 2)

KATE JANE TERRY (F-113)
Juanita M. Madole, Esq.
(Same As C-25)

ROBERT J. BAHNA, ET AL. (F-114)
L. Richard Fried, Jr., Esq.
(Same As A-3)

RICKY T. UMEHIRA (F-115)
L. Richard Fried, Jr., Esq.
(Same As A-3)

JILLIAN CRAWFORD, ET AL. (F-116)
Paul A. Lynch, Esq.
Caroline P. Egli, Esq.
Steven J. Kim, Esq.
Suites 2500 and  2600
Grosvenor Center, Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813

DELORES HAGEMAN, ET AL. (F-117)
Camille H. Jescavage, Esq.
Noble & Jescavage, Esq.
Noble & Jescavage P.S. Inc.
Ferry Dock Professional Building
P.O. Box 799
Clinton, Washington  98236

CHARISSE CRAIG-ROBINSON, ET AL. (F-118)
Francis G. Fleming, Esquire
(Same as D-100)

JPML FORM 2A -- Continuation

Counsel of Record -- p. __5__

DOCKET NO. __807__ -- _____

BRUCE A. LAMPERT (G-119)
Brian J. Lampert, Esq.
Schaden, Swanson, Lampert
1731 Emerson St.
Denver, CO  80218
(SAME ADDRESS AS A-7)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 807 -- In re Air Disaster near Honolulu, Hawaii, on February 24, 1989

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Airlines, Inc. | D-70, D-100, F-109, E-103, C-109, F-105, F-106, F-107, F-108, F-109 thru F-112, F-113, F-114, F-116, F-117, F-118, C-119 |
| The Boeing Co. | D-60, D-61, D-63, D-66, D-69, D-64, D-15, D-66, D-69, D-68, D-69, D-98, D-101, F-103, F-105, C-104, F-105, F-106, F-107, F-108, F-109 thru F-112, F-113, F-114, F-115, F-116, F-117, F-118, C-119 |
| Boeing Commercial Aircraft Company | C-23 |
| UAL Corporation | C-55 thru C-59, D-60, D-61, D-63, D-66, C-104 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |