JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
AUG 14 1989
PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 807

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER NEAR HONOLULU, HAWAII, ON FEBRUARY 24, 1989

TRANSFER ORDER*

    This litigation presently consists of seven actions pending in three federal districts: five actions in the District of Hawaii; and one action each in the Northern District of California and Northern District of Ohio.1/  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the Northern California plaintiff to centralize the actions in a single forum for coordinated or consolidated pretrial proceedings. All responding parties agree that centralization is appropriate, but support different districts as the appropriate transferee forum, including the District of Hawaii; the Northern District of California; Central District of California; Western District of Washington; and any conveniently located mainland district.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share numerous questions of fact arising out of this February 24, 1989 air disaster, including those pertaining to the cause or causes of the disaster. Centralization under Section 1407 is necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Northern District of California is the appropriate transferee forum. We note that this district is conveniently located for many parties and witnesses and that relevant documents can likely be found within this district at United Airlines, Inc.'s maintenance base.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable William W. Schwarzer for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

1/    The Panel has been notified that several additional related actions have been filed--thirteen actions in the Central District of California, ten actions in the Northern District of California and six actions in the District of Hawaii. These actions and any other related action which come to the Panel's attention will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

Schedule A

<u>MDL-807 -- In re Air Disaster Near Honolulu, Hawaii, on February 24, 1989</u>

<u>Northern District of California</u>

<u>Diana Sandeman v. United Airlines, Inc., et al.</u>, C.A. No. C89-1463-WWS

<u>Northern District of Ohio</u>

<u>Clinton Zimlich, et al. v. United Airlines, Inc., et al.</u>, C.A. No. 89-CV-845

<u>District of Hawaii</u>

<u>Mae S. Sapolu, et al. v. The Boeing Company</u>, C.A. No. 89-00164-DAE
<u>Susan Hoener v. United Airlines, Inc., et al.</u>, C.A. No. 89-00246-DAE
<u>Edwin Geoffrey Tudor v. United Airlines, Inc., et al.</u>, C.A. No. 89-01487-DAE
<u>Anwar Kahn, et al. v. United Airlines, Inc., et al.</u>, C.A. No. 89-00179-DAE
<u>Paul Hotz, et al. v. United Airlines, Inc., et al.</u>, C.A. No. 89-00175-DAE

DOCKET NO. 807

NOV 22 1989

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER NEAR HONOLULU, HAWAII, ON FEBRUARY 24, 1989

ORDER VACATING CONDITIONAL TRANSFER ORDERS*

    Presently before the Panel is a motion pursuant to Rule 12, R.P.J.P.M.L., 120 F.R.D. 251, 253 (1988), by plaintiffs in the actions listed on the attached Schedule A to vacate the Panel's orders conditionally transferring these nine Central District of California actions to the Northern District of California for inclusion in the centralized pretrial proceedings occurring there before the Honorable William W. Schwarzer. No party opposed the motion.

    On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer of the nine actions now before the Panel would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. In light of stipulations signed by all parties to these actions and submitted to the Panel, the only remaining issues to be resolved now appear to relate to individual questions of fact pertaining to each plaintiff's damages.

    IT IS THEREFORE ORDERED that the conditional transfer orders entered in the actions listed on the attached Schedule A, be, and the same hereby are, VACATED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Milton Pollack took no part in the decision of this matter.

SCHEDULE A

<u>MDL-807 -- In re Air Disaster near Honolulu, Hawaii, on February 24, 1989</u>

<u>Central District of California</u>

<u>Trevor Holmes v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-2821 WMB (GHKx)</u>
<u>Leigh Cairns v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-2822 WMB (GHKx)</u>
<u>Paul White v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3384 WMB (GHKx)</u>
<u>Moira Levold v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3385 WMB (GHKx)</u>
<u>Lorraine Chin v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3387 WMB (GHKx)</u>
<u>Rayward Richard Chung v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3388 WMB (GHKx)</u>
<u>Jason Mrocki v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3389 WMB (GHKx)</u>
<u>Andrew Gannon v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3390 WMB (GHKx)</u>
<u>Kenward Peter Chung v. United Air Lines, Inc., et al.,
      C.A. No. CV 89-3391 WMB (GHKx)</u>

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 27 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 807

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER NEAR HONOLULU, HAWAII, ON FEBRUARY 24, 1989

ORDER REASSIGNING LITIGATION

By order filed on February 6, 1990, the actions in the above litigation have been reassigned to the Honorable Vaughn R. Walker in accordance with the Local Rules for the United States District Court for the Northern District of California.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Vaughn R. Walker for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman